**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

---

THE NEW YORK TIMES COMPANY and
JOHN T. EWING, JR.,

        *Plaintiffs*,

        v.

UNITED STATES DEPARTMENT OF JUSTICE,

        *Defendant*,

        and

VOLKSWAGEN AG,

        *Intervenor*.

Case No. 19-cv-01424 (KPF)

---

**DECLARATION OF SUHANA S. HAN**

SUHANA S. HAN hereby declares under penalty of perjury as follows:

1.      I am admitted to practice in this District and am a member of the law firm of Sullivan & Cromwell LLP, counsel to Volkswagen AG ("Volkswagen"). I submit this declaration in support of Volkswagen's Motion for Summary Judgment in the above-captioned action.

2.      Attached hereto are true and correct copies of the following:

| | |
|---|---|
| Rule 11 Plea Agreement filed in *United States* v. *Volkswagen AG*, No. 2:16-cr-20394 (E.D. Mich. Mar. 10, 2017), ECF No. 68. | Exhibit A |
| Letter from Karen W. Wardzinski, Chief, DOJ Law & Policy Section, to Jack Ewing (Oct. 1, 2019). | Exhibit B |

-2-

| | |
|---|---|
| Exhibit 3 to Rule 11 Plea Agreement filed in *United States* v. *Volkswagen AG*, No. 2:16-cr-20394 (E.D. Mich. Mar. 10, 2017), ECF No. 68. | Exhibit C |
| The Environmental Protection Agency's September 18, 2015 Notice of Violation of the Clean Air Act issued to Volkswagen and certain affiliates. | Exhibit D |
| Amended Judgment, *United States* v. *Volkswagen AG*, No. 2:16-cr-20394 (E.D. Mich. Aug. 2, 2017), ECF No. 91. | Exhibit E |
| Declaration of Thomas Meiers in Support of Volkswagen AG's Motion for Summary Judgment, dated October 17, 2019. | Exhibit F |
| Volkswagen Press Release entitled "Volkswagen AG Granted More Time to Test Compliance Programs Under Its U.S. Monitorship" (Oct. 17, 2019). | Exhibit G |
| Third Partial Consent Decree filed in *In re: Volkswagen "Clean Diesel" Mktg., Sales Practices, and Prods. Liab. Litig.*, MDL No. 2672 (N.D. Cal. Apr. 13, 2017), ECF No. 3155. | Exhibit H |
| Third California Partial Consent Decree filed in *In re: Volkswagen "Clean Diesel" Mktg., Sales Practices, and Prods. Liab. Litig.*, MDL No. 2672 (N.D. Cal. July 20, 2017), ECF No. 3487. | Exhibit I |
| Volkswagen AG's Half-Year Press Conference 2018 (August 1, 2018) (excerpted). | Exhibit J |
| Volkswagen AG's 2018 Annual Report (excerpted). | Exhibit K |

Executed on October 18, 2019 in New York, New York.

*/s/ Suhana S. Han*

Suhana S. Han