UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE NEW YORK TIMES COMPANY and
JOHN T. EWING, JR.,

                Plaintiffs,

-v.-

UNITED STATES DEPARTMENT OF
JUSTICE,

                Defendant,

VOLKSWAGEN AG,

                Intervenor.

19 Civ. 1424 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

    According to the Declaration of Jennifer L. Blackwell in Support of Defendant's Motion for Summary Judgment (Dkt. #28), the independent monitorship at issue in this litigation was scheduled to terminate on September 14, 2020. (*Id.* at ¶ 31). The Court understands that the monitorship has in fact ended. The parties are hereby ORDERED to file letters on or by September 25, 2020, (i) confirming whether the monitorship has terminated, and, if so, (ii) stating whether and to what extent they believe the termination of the monitorship alters the viability of withholding the Report at issue in this litigation under 5 U.S.C. § 522(b)(7)(A).

    SO ORDERED.

Dated:    September 24, 2020
               New York, New York

                                                       KATHERINE POLK FAILLA
                                                       United States District Judge